# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 3:95CR75-6 |
| Boyce Coleman ) | USM No: 81898-054 |
| Date of Previous Judgment: 08/15/1996 ) | Reita P. Pendry |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❏ the Director of the Bureau of Prisons ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ❏ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __235__ months **is reduced to** __188 months__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: __33__              Amended Offense Level: __31__
Criminal History Category: __IV__            Criminal History Category: __IV__
Previous Guideline Range: __188__ to __235__ months    Amended Guideline Range: __151__ to __188__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
■ The reduced sentence is within the amended guideline range.
❏ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❏ Other (explain):

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated __08/15/1996__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   August 12, 2008

Effective Date: _____
           (if different from order date)

Martin Reidinger
United States District Judge